AMERICAN SURETY COMPANY OF NEW YORK, Plaintiff, *v.* KASCO MILLS, INC., Defendant.*

Supreme Court, New York County, October 29, 1932.

* Affd., 237 App. Div. 880; 262 N. Y. 585.

*Shearman & Sterling*, for the motion.

*William B. Butler*, opposed.

SHIENTAG, J.  Motion to vacate warrant of attachment and service of summons and complaint is granted.  (Pers. Prop. Law, § 174.  See *Matter of Ulmann* v. *Thomas*, 255 N. Y. 506; *Holmes* v. *Camp*, 219 id. 359, and *First Nat. Bank* v. *Maine*, 284 U. S. 312.) Section 917 of the Civil Practice Act is not here controlling.